MARGUERITE E. BRADY, as Administratrix, etc., of EMMA T. MASTERTON, Deceased, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (The judgment dismisses the complaint in an action to reinstate lapsed life insurance policies.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

GORDON MOTOR PARTS, INC., Appellant, v. ACTUS PRODUCTS CORP., Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: Upon the record we think that there was an accord and settlement between the parties. There is a question of fact as to whether or not the defendant agreed to pay the plaintiff in merchandise or in cash. All concur. (The judgment dismisses the complaint in an action for damages for an alleged breach of warranty.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

GARRETT DOYLE, Respondent, v. RALPH E. HAVEN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur, except McCurn, J., not voting. (The order grants plaintiff's motion for an examination of defendants before trial and a discovery and inspection of their books and records.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

HAROLD S. CLARK, Respondent, v. GEORGE A. REYNOLDS, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion to dismiss plaintiff's amended complaint in an action to recover commissions.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

MAE M. BEARD, Respondent, v. ALICE B. HILLS, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for breach of contract. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

MICHAEL RAYMER, Respondent, v. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Taylor, J., who dissents and votes for reversal and for denial of the motion on the ground that the moving papers fail to show that plaintiff has any cause of action. (The order grants plaintiff's motion for an examination of employees of defendant for the purpose of framing his complaint.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.